UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 15-1412

_____

JUDITH CUNNINGHAM;
FREDERICK D. DEIMLER, III;
CAROL VANOVER, individually and on behalf of all others similarly situated,

Appellants

v.

M&T BANK CORP.; M&T BANK;
M&T MORTGAGE REINSURANCE COMPANY, INC.;
MORTGAGE GUARANTY INSURANCE CORP.;
GENWORTH MORTGAGE INSURANCE CORPORATION

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1-12-cv-01238)
District Judge: Honorable Christopher C. Conner

_____

Submitted Under Third Circuit LAR 34.1(a)
January 12, 2016

Before: McKEE, Chief Judge, AMBRO, and SCIRICA, Circuit Judges

(Opinion filed February 19, 2016)

**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed
February 19, 2016, be amended as follows:

On page 13, fourth line down, delete the word "not" at the end of the line so that
the phrase reads:  It explicitly did "not address . . .

On page 14, tenth line down in the paragraph, insert the word "is" after "This" and before "not" so that the phrase reads:  This is not such a case.

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated:  February 24, 2016